

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00209-CR

**TAHISHA LATHERIA LOCKETT,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No 2
### Brazos County, Texas
### Trial Court No. 14-03696-CRM-CCL2

## O R D E R

The reporter's record in this appeal was filed on December 23, 2016. State's Exhibit 2, the in-car video, and State's Exhibit 3, the blood draw video, were not included in the reporter's record.

Accordingly, the reporter is ordered to obtain State's Exhibits 2 and 3 from the trial court clerk, prepare copies of the exhibits, and file the copies of the exhibits with this Court as a supplemental reporter's record within 14 days from the date of this Order. *See*

TEX. R. APP. 34.6(d); (g)(1).  If for any reason the exhibits cannot be copied, the reporter is ordered to contact the Clerk of this Court within 7 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed June 7, 2017

